-1-

FILED
U.S. DISTRICT COURT
2014 JUN -5 ⌐ 4: 32
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

DUNN LAW FIRM
Michael C. Dunn, #10927
P.O. Box 2318
110 West Tabernacle
St. George, Utah 84771-2318
Telephone: (435) 628-5405
Fax: (435) 628-4145
mdunn@dunnfirm.com

*Attorneys for Defendant White River Academy, Inc. and Justin Nielson*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RYAN STENCEL, SHAWN STENCEL, and MARK STENCEL, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>WHITE RIVER ACADEMY, INC., a Utah Corporation; JUSTIN NIELSON; GARY ANDERSON; ROBIN REBER; BARBARA HABE, individually; USA GUIDES, a corporation; and DOES I through X, inclusive,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>Case No. 2:14-cv-00331-TC<br><br>Honorable Tena Campbell |

This matter is before the Court on the parties' Stipulated Motion for Extension of Time, filed May 30, 2014 ("Stipulated Motion"). Based on the Stipulated Motion and for good cause appearing:

-2-

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. Defendants White River Academy, Inc. and Justin Nielson shall have up to and including July 3, 2014 by which to file an answer to Plaintiff's Complaint.

Dated this 5th day of June, 2014.

BY THE COURT:

_____
The Honorable Tena Campbell
United States District Court Judge

Approved as to form:

/s/ Thomas M. Burton
THOMAS M. BURTON
*Attorneys for Plaintiffs*
*(Signed by Michael C. Dunn with*
*permission of Thomas M. Burton)*